**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARIO ORTEGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-01576 |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MOTION TO WITHDRAW

COMES NOW attorney Nathaniel R. Carroll and hereby requests this Court grant him leave to withdraw as counsel of record for Plaintiff in the above-captioned matter. All other attorneys of record for Plaintiff will remain.

Dated: November 29, 2018          Respectfully submitted,

By: /s/ *Nathaniel R. Carroll*
Nathaniel R. Carroll #67988MO
ArchCity Defenders, Inc.
440 N. 4th Street, Suite 390
St. Louis, MO 63102
855-724-2489 ext. 1012
314-925-1307 (fax)
ncarroll@archcitydefenders.org

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that notice of the foregoing and a copy of the same was distributed via this Court's ECF/PACER electronic filing notification system to all counsel of record on this 29th day of November, 2018.

/s/ *Nathaniel R. Carroll*