IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARIO ORTEGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:18-cv-01576-DDN |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW**

COMES NOW Maureen G. V. Hanlon, counsel for plaintiff, and moves this honorable Court to grant ArchCity Defenders' motion to withdraw the representation of attorneys Michael-John Voss and Samuel Henderson for the plaintiff. In support of this motion:

1. Michael-John Voss has taken an extended leave of absence from ArchCity Defenders and now seeks to withdraw from this above matter;

2. Samuel Henderson no longer practices under the employ of ArchCity Defenders.

All other attorneys entered for plaintiff remain the plaintiff's attorneys in the above captioned matter.

WHEREFORE, counsel for the plaintiff prays to this honorable Court to grant this motion together with any such other and further relief this Court deems just and proper under these circumstances.

May 17, 2021

Respectfully Submitted,

/s/ Maureen G. V. Hanlon

Maureen G. V. Hanlon, #70990
ArchCity Defenders
440 N. 4th St., Suite 390
St. Louis, MO 63102
855-724-2489, Ext 1006
314-925-1307 (fax)
mhanlon@archcitydefenders.org

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all parties of record will receive notice of the foregoing via this Court's electronic filing system on this 17th day of May, 2021.

               */s/ Maureen G. V. Hanlon*