**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARIO ORTEGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:18-cv-01576-DDN |
| | ) |
| CITY OF SAINT LOUIS, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

In response to the Court's order dated May 2, 2022, Plaintiff states as follows:

1. On April 4, 2022, Plaintiff filed a motion for extension of time to file a designation of neutral. Plaintiff attached a proposed designation of neutral form. *See* D.E. 131-1.

2. On April 5, 2022, the Court granted the motion. *See* D.E. 132.

3. On May 2, 2022, the Court issued a noncompliance report for failing to file the designation of neutral.

4. Undersigned counsel apologizes as he did not realize that the proposed designation of neutral form was not filed when the Court granted the motion.

5. As stated on the designation of neutral form, however, the parties did mediate the case on April 11, 2022.

6. The parties reached a settlement.

WHEREFORE, Plaintiff respectfully requests the Court to pass this matter for 30 days to finalize the settlement.

Date: May 9, 2022                                   Respectfully submitted,

                                                                    KHAZAELI WYRSCH LLC

                                                                    /s/ James R. Wyrsch
                                                                    James R. Wyrsch, 53197MO
                                                                    Javad Khazaeli, 53735MO
                                                                    911 Washington Avenue, Suite 211
                                                                    Saint Louis, MO 63101
                                                                    (314) 288-0777
                                                                    (314) 400-7701 (fax)
                                                                    james.wyrsch@kwlawstl.com
                                                                    javad.khazaeli@kwlawstl.com

                                                                   **Attorneys for Plaintiff**