# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MARIO ORTEGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:18-cv-01576-DDN |
| | ) |
| CITY OF SAINT LOUIS, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Mario Ortega and Defendants City of Saint Louis, Missouri, Lt. Col. Lawrence O'Toole, Charlene Deeken, Col. Gerald Leyshock, Maj. Daniel Howard, Lt. Scott Boyher, Lt. Timothy Sachs, Sgt. Randy Jemerson, Sgt. Brian Rossomanno, Sgt. Matthew Karnowski, Lt. Bill Kiphart, Det. Stephen Walsh, Det. Matthew Burle, and Ofc. Jarred Thacker ("Defendants"), hereby stipulate and agree that the claims of the Plaintiff against Defendants are dismissed with prejudice.

Date: September 21, 2022            Respectfully submitted,

KHAZAELI WYRSCH LLC

/s/ James R. Wyrsch
Javad Khazaeli, 53735MO
James R. Wyrsch, 53197MO
911 Washington Avenue, Suite 211
Saint Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
javad.khazaeli@kwlawstl.com
james.wyrsch@kwlawstl.com

CAMPBELL LAW, LLC
Alicia Campbell, MO59586
3407 S. Jefferson Avenue
Saint Louis, MO 63118
888-588-5043
314-400-7701 (fax)
alicia@campbelllawllc.com

**Attorneys for Plaintiff**


SHEENA HAMILTON
CITY COUNSELOR

/s/ Adriano Martinez

Adriano Martinez 69214 (MO)
Assistant City Counselor
Brandon Laird  65564 (MO)
Associate City Counselor
Abby Duncan 67766 (MO)
Associate City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO 63103
314.622.4651
FAX: 314.622.4956
martineza@stlouis-mo.gov
Attorneys for Defendants