UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARIO ORTEGA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18 CV 1576 DDN ) |
| CITY OF ST. LOUIS, MISSOURI, *et al.*, | ) ) |
| Defendants. | ) ) |

### ORDER DISMISSING ACTION WITH PREJUDICE

Plaintiff Mario Ortega and all defendants including the City of St. Louis, Missouri, and the several individual defendants, having stipulated and agreed to the dismissal of all claims with prejudice (Doc. 147),

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice. All pending motions are denied as moot.

/s/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on September 22, 2022.